# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS LEDESMA,<br>　　　　　　Plaintiff,<br>　v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>　　　　　　Defendant.<br>_____ | NO. EDCV 19-946-JFW (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), Defendant's Objections to the Report and Recommendation ("Objections"), and Plaintiff's Reply to Defendant's Objections. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated. The Court concludes that the arguments presented in the Objections do not affect or alter the analysis and conclusions set forth in the Report.

　　　　Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that the Commissioner's decision is

REVERSED, the case is REMANDED for further proceedings consistent with the Report, and Judgment shall be entered accordingly.

DATED: April 15, 2020

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2