JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE LUIS LEDESMA, | ) | NO. EDCV 19-946-JFW (KS) |
|     Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
|     Defendant. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the decision of the Commissioner of Social Security is REVERSED, and the above-captioned action is REMANDED for further proceedings consistent with U.S. Magistrate Judge Karen L. Stevenson's Report and Recommendation.

DATED: April 15, 2020

                                                      JOHN F. WALTER
                                        UNITED STATES DISTRICT JUDGE